IRENE J. ROBERTS, Respondent, *v.* ARTHUR HARDONCOURT, Appellant.

Submitted April 8, 1946; decided April 18, 1946.

*Arthur Hardoncourt,* in person, for motion.
*Irene Roberts Hardoncourt,* in person, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.